# HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-20 39th Avenue, Suite 10G
Flushing, New York 11354

Feburary 7, 2018

Keli Liu, Esq.
Tel : (718) 353-8588
Fax: (718) 353-6288
Email: kliu@hanglaw.com

**VIA ECF**
Hon. Richard J. Sullivan
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re:

Chen et al v. Ocha Sushi Inc. et al
1:17-cv-03162-RJS

Notice of the Execution of the Settlement Agreement

Dear Hon. Richard J. Sullivan:

I am the Plaintiff's Counsel for the above referenced matter. The parties reached a settlement for the instant matter on January 10, 2018 and this Court approved the substantive terms of the settlement at the fairness hearing. Per the discussion with this Court at the fairness hearing, we hereby submit a copy of the fully executed settlement agreement (Exhibit A) for your reference.

Respectfully submitted,

_/s Keli Liu_
Keli Liu, Esq.