UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZHEN MING CHEN,

                Plaintiff,

-v-

OCHA SUSHI INC. *et al.*,

                Defendants.

No. 17-cv-3162 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      On January 10, 2018, the Court issued an order approving the parties' settlement agreement in this matter and retaining jurisdiction to enforce it. (Doc. No. 39); *see Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335–37 (S.D.N.Y. 2012). On April 3, 2020, counsel for Plaintiffs filed a letter with the court seeking to reopen the case due to Defendants' noncompliance with the terms of the settlement agreement. (Doc. No. 43). The Court then issued a memo endorsement on April 6, 2020 ordering Defendants to respond to Plaintiffs' letter by April 10, 2020. (Doc. No. 44). To date, Defendants' have not complied with the Court's order. Accordingly, IT IS HEREBY ORDERED THAT Plaintiff shall file a formal motion to enforce the settlement, along with supporting affidavits and a revised computation of interest, by November 6, 2020. If Defendants do not respond to Plaintiffs' motion within five business days, the Court will issue a default judgment in Plaintiffs' favor.

SO ORDERED.

Dated:      October 30, 2020
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation